on the board of the National LambdaRail (NLR), the nation's next
generation advanced networking research effort. Finally, he serves on
numerous community Boards including the Museum of Contemporary Art,
Cleveland and the Bellefaire JCB for Children, and Lawrence School for
Dyslexic and other differently-abled learners.

**Dewayne Hendricks** is CEO of the Dandin Group,
Inc. Dandin Group offers a comprehensive range of products and
services, including research and product development, for wireless
communications via the Internet. The Dandin Group will begin to deploy
the first exclusively wireless Internet based communications system,
including voice, data and video, in the Kingdom of Tonga later this year.
He is also an active member of the Federal Communications Commission
Technological Advisory Council (FCC/TAC). Prior to forming Dandin
Group, Hendricks was the General Manager of the Wireless Business Unit
for Com21, Inc. He joined Com21 following an opportunity to participate
as the Co-Principal Investigator in the National Science Foundation's
Wireless Field Tests for Education project. The project successfully
connected remote educational institutions to the Internet. The test sites
ranged from rural primary schools in Colorado, USA to a University in
Ulaan Bataar, Mongolia. Hendricks was the CEO and co-founder of
Tetherless Access Ltd., one of the first companies to develop and deploy
Part 15 unlicensed wireless metropolitan area data networks using the
TCP/IP protocols. He has participated in the installation of these networks
in other parts of the world including: Kenya, Tonga, Mexico, Canada and
Mongolia. He has been involved with radio since receiving his amateur
radio operator's license as a teen.

**Joanne Hovis**, an attorney with a background in
communications and commercial litigation, is President of Columbia
Telecommunications Corporation (CTC), a national, public interest,
communications engineering and consulting firm. She leads the
company's work for non-profit organizations, public interest
organizations, and academic and think-tank institutions. She also
oversees CTC's educational offerings and training programs, which are
offered by several Universities.

Hovis is a recognized authority on municipal and community broadband
topics–and on the evolving role of government in the provision of
communications services to the public. She leads the CTC team that
advises the Cities of San Francisco, Seattle, Tucson, and Portland
regarding fiber-to-the-premises networking. She has advised numerous
other local governments and non-profits regarding community fiber and
wireless networking, including the William Penn Foundation; the Institute
for Next Generation Internet; the University of Illinois; and the

Metropolitan Washington Council Governments. Hovis also oversees all ongoing research and analysis for local government clients and frequently provides policy and business analysis on large CTC projects such as the regional, interoperable public safety communications network currently under development in the Washington, DC metropolitan area.

Currently, she serves on the Board of Directors of NATOA, the National Association of Telecommunications Officers and Advisors, the national association that represents local governments and promotes community interests in communications matters. In that capacity, she has advised NATOA and the national municipal/county associations regarding the FCC's proposed national public safety broadband wireless network. As a NATOA Director, Hovis has also been active in the discussions in Washington regarding the broadband provisions of the 2009 "stimulus" bill and the United States Broadband Coalition.



**Terry Huval** has served as Director of Lafayette Utilities System (LUS) since 1994. In 1998, Huval was instrumental in convincing city leaders to build a fiber ring around the city, making Lafayette one of a handful of cities offering high speed broadband technology to businesses and schools. Today, Huval is leading an initiative to bring broadband fiber directly into the home. LUS's proposed Fiber-to-the-Home (FTTH) initiative will offer high-speed cable, Internet and digital phone service to the residents and businesses of Lafayette through the use of fiber optics technology. The project has garnered a ground swell of local support and international attention. Upon completion of its current implementation, Lafayette will distinguish itself as one of the largest cities in the United States to operate a municipally owned FTTH system. Deeply engaged in the local Cajun culture, Huval is the leader of one of the most established and recognized Cajun bands in the area, the Jambalaya Cajun Band. In 2007, Terry was inducted into the Cajun French Music Association Hall of Fame.



**Nathaniel James** is the Program and Outreach Manager for the Media and Democracy Coalition. Nathan James has run field campaigns, trained and managed field staff, and managed detailed budgets and reporting databases with FieldWorks, MoveOn.org, Grassroots Campaigns, Inc. and the Fund for Public Interest Research. Nathan has been an active volunteer with the Seattle Independent Media Center, Studio X Community Internet Radio, Reclaim the Media, and has provided strategic consultation at Microsoft and for Greenpeace International. Nathan earned a masters degree in Media and Communication Regulation and Policy from the London School of Economics and Political Science in December 2006. As the Program and Outreach Manager, Nathan is responsible for managing the Coalition's internal communications platforms, developing and managing special

projects, building the Coalition visibility and organizational relationships, and providing technical and logistical support to Coalition partners and staff.

**Paul Kapustka** is editor, publisher and CEO of Sidecut Reports. Most recently, he served as managing editor and staff writer for the GigaOM and NewTeeVee blogs; prior to that, he was vice president for online content at Pulvermedia, where he produced the VONosphere news site. Old-school networking industry types may remember Kapustka from his numerous editorial posts inside the CMP Media empire, most recently as editor of the Networking Pipeline and Advanced IP Pipeline web sites, or further back in stints at InternetWeek, CommunicationsWeek, Open Systems Today! and Unix Today! During the first bubble, Kapustka was an online columnist for the original Red Herring before moving on to become an editor-at-large for optical networking news site Light Reading.

**L. Aaron Kaplan** studied mathematics and computer sciences in Vienna, Austria. He is Unix user and programmer, and has been working for major telecoms, IBM, ESA, banks and the oil industry mostly doing Unix programming since 1997. Aaron is also one of the founders of FunkFeuer.at, the first fully meshed, free wireless community network in Austria. FunkFeuer spread over into different cities and the Vienna FunkFeuer now covers an area of roughly 50km diameter. (Here's a map of the network.)

Currently Aaron is working on the OLSR-NG project in order to enhance the possibilities and scalability of the OLSR (RFC 3626) mesh routing protocol. Apart from these open source activities, Aaron works at nic.at, the Austrian domain registry. There he is responsible for setting up a national CERT. He will discuss how Vienna Austria's community-built, community-owned, 500-device, 30-km diameter, Wi-Fi mesh network, free-of-charge to its users has achieved financial sustainability.

**Timothy Karr**, Campaign Director for Free Press, oversees all Free Press campaigns and online outreach efforts, including SavetheInternet.com and our work on public broadcasting, propaganda, and journalism. Before joining Free Press, Tim served as executive director of MediaChannel.org and vice president of Globalvision New Media and the Globalvision News Network. He has also worked

extensively as an editor, reporter and photojournalist for the Associated
Press, Time Inc., New York Times and Australia Consolidated Press. Tim
critiques, analyzes and reports on media and media policy for the
Huffington Post and on his personal blog, MediaCitizen.

**Lawrence Keyes (Larry)** is principal with
Microdesign Consulting Inc. which provides strategy and services to the
government, health-care and education sectors. Microdesign's current
focus is a start-up project developing hardware for delivering two-way
interactive health-care programs to patients at home via multi-point
videoconferencing for exercise, physical therapy, chronic disease
management and rehabilitation. The project is a joint undertaking with
the University of Vermont's Department of Rehabilitation and Movement
Science and is funded by the National Institute on Aging of the National
Institutes of Health. Larry holds a master's degree in information
technology (MSIT) from the Rochester Institute of Technology.



**Sascha Meinrath** is the Research Director of the New
America Foundation's Wireless Future Program and coordinates the
Foundation's Open Technology Initiative. Additionally, Sascha coordinates
the Open Source Wireless Coalition, a global partnership of open source
wireless integrators, researchers, implementors and companies dedicated
to the development of open source, interoperable, low-cost wireless
technologies. He is a regular contributor to Government Technology's
Digital Communities, the online portal and comprehensive information
resource for the public sector. Sascha has also worked with Free Press,
the Cooperative Association for Internet Data Analysis (CAIDA), the
Acorn Active Media Foundation, the Ethos Group, and the CUWiN
Foundation. Meinrath is a Telecommunications Fellow at the University of
Illinois in the Institute for Communications Research, where he is
finishing his PhD on community empowerment and the impacts and
interactions of participatory media, wireless communications, and
emergent technologies.



**Ellen S. Miller** is the co-founder and Executive
Director of the Sunlight Foundation. Prior to assuming this position in
January 2006, she served as Deputy Director of Campaign for America's
Future, where she directed its Project for an Accountable Congress. She
is the founder of two prominent Washington-based organizations in the
field of money and politics—"the Center for Responsive Politics and Public
Campaign" and a nationally recognized expert on campaign finance and
ethics issues. She has written frequently for TomPaine.com, The Hill, The
American Prospect, and The Nation. Her experience as a Washington
advocate for more than 35 years spans the worlds of public interest
advocacy, grass roots activism and journalism. In addition to her more
than two decades of work on the issue of money in politics, Miller was
the publisher of TomPaine.com and a senior fellow at The American
Prospect.

**Dr. Timothy E. Nulty** is president of ValleyFiber Inc. ValleyFiber is a division of ValleyNet, a Vermont non-profit, community-oriented telecommunications company headquartered in White River Junction (Hartford), Vermont. Previously, Nulty was General Manager, Burlington Telecom. Nulty oversaw the City of Burlington, Vermont's project of building and operating a state-of-the-art Fiber-to-the-Premises telecommunications network. Before moving to Vermont, Nulty was the Chief Economist of the US Senate Commerce Committee and then for the Energy and Commerce Committee for the US House of Representatives. He was a senior project manager for the World Bank and started a venture capital firm to fund telecom startups in Eastern Europe. For more, see [press].

**Jon M. Peha** is the Chief Technologist of the U.S. Federal Communications Commission. He is also a Full Professor at Carnegie Mellon University in the Department of Engineering & Public Policy and the Department of Electrical & Computer Engineering, and has served as Associate Director of the university's Center for Wireless and Broadband Networking. He has been Chief Technical Officer of three high-tech start-ups, and a member of technical staff at SRI International, AT&T Bell Laboratories, and Microsoft. He has also addressed telecom and e-commerce issues on legislative staff in the US Congress, and helped launch a US Government interagency program to assist developing countries with information infrastructure. Peha consults for industry and government agencies around the world. His research spans technical and policy issues of communications networks, including spectrum management, broadband Internet, wireless networks, video and voice over IP, communications for emergency responders, universal service, secure Internet payment systems, dissemination of copyrighted material, e-commerce, and network security. Peha is a Congressional Fellow of the IEEE and a Diplomacy Fellow of the AAAS.

**Billy Ray** serves as the Chief Executive Officer for the Glasgow Electric Plant Board. He is closely involved in all areas of the municipally owned utility, including the implementation of radical changes to it. Under his direction, the Glasgow EPB, starting in 1988, constructed a ubiquitous broadband network throughout the community that incorporates the provision of cable television, telephone, utility telemetry, and high-speed Internet access into a new "Infotricity Utility"

for the benefit of the people of Glasgow. This project has won many awards including the Energy Innovator Award from the American Public Power Association, the "Innovations in State and Local Government" award from the Ford Foundation in conjunction with Harvard University; the James H. McGraw Award from the McGraw-Hill publishing company; and, once tied with Insight Communications for most innovative cable company in the annual Interop Infrastructure Awards Program from Interactive Week magazine.

Billy has provided expert testimony before the Federal Communications Commission, the U.S. House of Representatives Telecommunications Subcommittee, the United States Senate Communications Subcommittee, the Commerce Department and others on the subjects of municipal ownership of broadband communications systems, competition in telecommunications services, and the concept of combining electric power and broadband to produce a new energy source, infotricity. However, his proudest accomplishments are his son, Bradley, and his daughter, Lauren.

**Andrew C. Revkin** is the New York Times science reporter on the "beat" of global climate disruption. He travels the world, witnessing first-hand changes that may indicate bigger changes to come. He's surfing the edge of Internet reporting on his blog dotEarth.

**James Salter** founded Atlantic Engineering in December 1995. Prior to that, he served for seven years as the general manager of Monroe Utilities Network, a municipal utility that owned and operated a broadband telecommunications system. In addition to providing electricity, natural gas, water, and wastewater services, the Monroe Utilities Network has thirty years experience in broadband communications. In the field of telecommunications, Mr. Salter has served in the role of operator, consultant, designer, and contractor. Mr. Salter currently serves as the Chairman of the Board of Atlantic Engineering Group and Chief Strategy Officer.

**Chris Savage** is one of the nation's leading legal practitioners on the Telecommunications Act of 1996. Shortly after its passage, he successfully negotiated the nation's first interconnection agreement between a cable operator and an RBOC. Since then, Savage

has represented competing telecommunications providers (including firms using wired and wireless technologies) in state and federal regulatory matters, negotiating interconnection agreements, universal service, pricing, tariffing, and other matters, as well as representing various Internet-related entities in regulatory matters and issues relating to Web hosting, Internet addressing, and domain names. He is a partner in the Washington DC office of Davis Wright Tremaine LLP.



**Bill Schrier** is Director of the Department of Information Technology and Chief Technology Officer of the City of Seattle. Increasingly, people use technology – telephones, computers, e-mail, the world-wide-web, the Internet – to contact their government for service. Elected officials and City departments use the tools of technology – radios, telephones, computers, software applications, the Web, television– to deliver service to residents, and also to inform and involve constituents in the matters of government. The Chief Technology Officer and Department of Information Technology make sure these technology tools are up-to-date, efficient and effective in the business of government – thereby making a difference in the lives of the people of Seattle.

Bill is fully geek. For example, he has a Facebook page, he's on LinkedIn, and has a blog called The Chief Seattle Geek. There's also an audio interview with *American City & County*'s Lindsay Isaacs at PTI's 2007 Technology Leadership Conference about the city's multi-million-dollar plan to connect every home and business with fiber optic cable. (Note: first 33 secs is a commercial.)



**Derek Slater** is a Policy Analyst on Google's public policy team. He focuses principally on telecom policy and copyright law in the U.S. and abroad. In November, he and Professor Tim Wu published "Homes With Tails," a paper exploring the deployment of customer-owned, last-mile broadband connections.

Prior to joining Google in September 2007, he was the Electronic Frontier Foundation's Activism Coordinator. Derek joined EFF's staff after graduating in January 2006 from Harvard College with a B.A. cum laude in Government. He was also a researcher at Harvard Law School's Berkman Center for Internet and Society, becoming the first undergraduate to be named a student fellow and contributing to several papers on copyright law and digital media. Derek's work has been discussed in publications including the Washington Post, News.com, and the Boston Globe.

You can find Homes with Tails [summary, pdf paper]at the New America Foundation's site. There's also a video panel discussion (1 hr 37 min) about it.

**Eva Sollberger** produces editorial and advertising video for the Seven Days website. Her weekly Stuck in Vermont vlog profiles local artists and oddballs. Prior to joining Seven Days, she worked in the film industry for more than 10 years, producing visual effects on big-budget pictures, staffing the San Francisco International and Sundance film festivals, and projecting 35mm films at art houses.

**Bill St. Arnaud** is Director of Network Projects for CANARIE Inc., an industry government consortium to promote and develop information highway technologies in Canada. At CANARIE St. Arnaud has been responsible for the coordination and implementation of Canada's next generation Internet initiative called CA*net II. More recently he is coordinating the CANARIE initiative to build the world's first national optical Internet network as announced in the February 1998 Budget. Previously St. Arnaud was the President and founder of a network and software engineering firm called TSA ProForma Inc., a LAN/WAN software company that developed wide area network client/server systems for use primarily in the financial and information business fields in the Far East and the United States. In 1989 TSA was sold to business interests in Hong Kong and Toronto.

**Dirk van der Woude** is the program manager of the municipal broadband policy of Amsterdam. The city recognizes the necessity of an open and future proof broad network as an essential precondition for a sustainable and competitive economy and society. In the broadband program services were developed and experimented with. As the municipality found the market failing to build the necessary network it brought about a commercial company, GNA, that found commercial partners to co-invest. GNA now rolls out a fiber to the home network, point to point. In December 2008 the Dutch Regulators elevated the Amsterdam approach to become the national policy. In February 2009 it was announced that incumbent KPN joins Amsterdam to roll out of open point to point fiber. On March 4, 2009 the Dutch Trade Minister called upon all Dutch municipalities to follow Amsterdam's example to co-invest in the roll out out of open fiber networks.

In separate projects Dirk is closely involved in having all Amsterdam

schools as well as many theatres connected with 1 Gigabit symmetric
connections by Summer 2009. In 2007 he was awarded the prestigious
national Vosko Award for Perseverant Innovation. Dirk (1955) studied
management sciences and sociology in Amsterdam and Utrecht.

**Chris Vein** is San Francisco's Chief Information Officer
and Executive Director, Department of Telecommunications and
Information Services. In these capacities, he provides policy guidance on
the City's technology vision, provides telecommunications and
information technology services to city departments, as well as guiding
technology and cable television franchise policies. Prior to his
employment in San Francisco, Vein was an AVP for Operations at Science
Applications International Corporation (SAIC). He began his career in
Washington, DC working in the Executive Office of the President. As a
high ranking non-political appointment, Vein was Director of
Administrative and Financial Services for the White House, serving the
Clinton, Bush, and Reagan Presidencies.

Here's a little about Chris in a video interview from ZDNet's CIO sessions
(Mar 2007).

**Esme Vos** is the founder of MuniWireless.com, the
portal for information about municipal wireless broadband projects
around the world and a partner with Isen.com to produce F2C:Freedom
to Connect. Vos began Muniwireless in 2003 as a blog and turned it into
a small publishing operating with conferences, seminars and webinars.
Vos is an intellectual property lawyer who has advised European and US
technology companies. She was the Chief Legal Officer of Spray Network,
a pan-European portal and Baan Business Systems, a global enterprise
resource planning (ERP) software vendor and VAR. Vos is based in
Amsterdam.

**Herman Wagter** is the CEO of GNA (Citynet
Amsterdam). He has been involved in Citynet from its inception, as
Program Manager. He holds a MSc. Degree and has 30 years of
experience in various senior management positions in international
companies, ranging from high-tech to services. He has an passion for
investigating the drivers of the change we are experiencing (the end of
cheap oil, hyperconnectivity, lean thinking) and writing about them in his
blog www.dadamotive.com.

**Kevin Werbach** is a leading expert on the business, policy, and social implications of emerging Internet and communications technologies. Werbach is an Assistant Professor of Legal Studies at The Wharton School, University of Pennsylvania. He is also the founder of the Supernova Group, a technology analysis and consulting firm. He advises companies and writes about emerging trends in communications and information technology. He organizes Supernova, a leading executive technology conference. Werbach is also a former editor of Release 1.0.

More recently, Kevin Werbach was co-leader of President Obama's FCC Transition Team. He authored the 1997 FCC report entitled, "Digital Tornado." Kevin will discuss his experiences on the Obama FCC Transition and the prospects for the new FCC.



**Timber Wolf** is Market Stability Officer at Cullem, Eaton & Thrive, and Spokeswolf for the Creative Destruction Coalition, a loose assemblage of predators dedicated to culling lame businesses and older slower network technologies from the herd. Mr. Wolf denies all association with responsible regulatory agencies.

ShareThis

This theme Contempt v2, was designed by fx and makes use of code/images by: Michael Heilemann, FamFamFam WordPress generated this page with 13 queries, in 3.435 seconds.

Exhibit E
Inland Empire Tech Week '09 Speakers Page



Inland Empire Tech Week

**SMART RIVERSIDE**
Growing High Technology in Riverside









Home    Register    Speakers    Sponsorships    Hotel Accommodations    Advisory Boards    Past Events    Contact Us

## TECH EXPO SPEAKERS - MAY 11, RIVERSIDE, CA

### 9:30 AM - KEYNOTE:

**• Craig Hinkley - Cisco on Cisco**



Craig Hinkley joined Cisco in June, 2007, as Vice President for IT's Architecture and Technology Organization. He brings expertise and a proven track record in creating strategies that bridge business services with technology, and is a recognized technical expert in a wide-range of data communications, computer network technologies, network protocols, services and applications.

With over 14 years of experience in the communications and networking industry, Craig most recently was the Architect and Project Executive for the Voice over Internet Protocol (VoIP) project, aimed at developing 180,000 IP Phones within the U.S. for Bank of America.

### 2:00 PM SCHEDULE:

**• Track A - CEO Forum Panel - Economic Downturn & Innovation**

#### CEO FORUM PANEL MEMBERS

**• Rajan Kasetty, Moderator - Terrafore, Inc.**



Rajan Kasetty is the President and CEO of **Terrafore, Inc.** a technology development and consulting company in the areas of alternative energy and energy efficiency. Mr. Kasetty has been an entrepreneur since 1976 in the fields of power systems, industrial controls, automation, manufacturing and consulting. Prior to starting Terrafore, he was the President and CEO of Infotech Enterprises America, Inc., part of a 5,500 people group of companies with 22 global locations providing engineering, GIS and IT services. He is been involved in several trade and industry organizations and serves on the board of SmartRiverside. Mr. Kasetty is also a member of the Riverside Technology CEO Forum.

**• Don Dye - Acorn Technology Corporation**



Don Dye has served as President & CEO of **Acorn Technology Corporation** since 2003. Acorn Technology Corporation is a provider of out-sourced IT services for small to medium sized businesses in southern California and, under its DBA MarquisNet Riverside, is the owner of a Tier 4, 23,000 square feet data center available for co-location; disaster recovery and managed IT services. Mr. Dye is a member of the Board of Directors for the UCR Foundation; a member of the Board of Trustees for the University of Redlands, former Dean for the A. Gary Anderson Graduate School of Management, UCR; founding Director, and former General Counsel, Vice Chairman, COO and CEO of Callaway Golf Company.

**• Rick Risner - Elite Systems Integrators, Inc.**



Rick Risner is has served as Chairman, CEO, and President of **Elite Systems Integrators, Inc.**, since its inception in 2003. ESI is a premiere global IT systems integration firm and a recognized leader in Advanced Infrastructure, Business Intelligence, and Information Worker systems with a focus in the hospitality, manufacturing, and medical market sectors. Mr. Risner retired as a Chief Warrant Officer Four from the United States Marine Corps after 21 years of honorable service. Mr. Risner is a member of the Riverside Technology CEO Forum.

**• Brian Hawley - Luminex**



Brian N. Hawley is Chairman and Chief Technical Officer of **Luminex**. In



**IE Tech Week 2009**

▪ May 11 - Tech Expo is the opening day of Inland Empire Tech Week held at the **Riverside Convention Center**
▪ May 12 - **I.E. Tech Employment Trends and Google Workshop for Local Governments** are held at the **Riverside Convention Center**
▪ May 13 - the University of California, Riverside hosts **Tech Horizons** at the Bourns College of Engineering
▪ May 14 - TCA and IECE present the **Inland Empire Fast-Pitch Competition**
▪ May 15 - **I.E. Software Summit (Agenda)** is held at the **Grier Pavilion** at City Hall in Riverside

▪ **About SmartRiverside**

organizations, he has participated in industry standards committees, including the DIS/IEC 13346 and DIS/IES 13490 which addresses industry formats for optical and multi-session CD-Recording. Mr. Hawley is one of the founders and past Chairman of the Riverside Technology CEO Forum.

■ **Sundip R. Doshi - Surado Solutions**



Sundip R. Doshi is Chairman & CEO of **Surado Solutions**, the creators of Surado CRM software solutions. Mr. Doshi was one of the founders and also serves as the Chairman of the Riverside Technology CEO Forum, Vice President of SmartRiverside, and sits on numerous other Boards in the Inland Empire. In addition, Mr. Doshi teaches at CSUSB and UCR in the areas of Entrepreneurship, Business Management, and Customer Relationship Management.

■ **Drew Jorgenson - OmniPlatform**



Drew Jorgenson is the founder and CEO of **OmniPlatform**, which develops enterprise software solutions for a growing client base in the United States and internationally. Founded in 1999 and headquartered in Los Angeles, the company recently expanded into Riverside to take advantage of local talent and to prepare for additional growth. Since the expansion Mr. Jorgenson has become a member of the Riverside Technology CEO Forum and serves on the SmartRiverside Board of Directors

■ **Track B - Ginger Neal - The "How To's" of Next Generation Marketing**



Vice President Multimedia & General manger Niche Publications The Press Enterprise. For the past two and a half years Ginger has lead the Multimedia division at the Press Enterprise Company. Responsible for market & business development, product extension, partnership development and assessing emerging opportunities. Neal has also held various positions at other companies including COO Information Management Resources a technology services company, General Manager Automotive Information Channel a subsidiary of Autobytel and CEO of MyOC.com and Modestyle.com a subsidiary of Freedom Communications.

■ **Track C - Nate Johnson - Understanding Customers & Constituents**



Nate Johnson, Regional Manager, CA/HI/NV | ESRI, provides an overview of how ESRI's ArcGIS technology, the leading GIS software, and Microsoft's Virtual Earth, SQL Server 2008 and SharePoint and can be leveraged to help government and business understand their customers, manage resources and assets, plan and design more effectively, provide better information to mobile and knowledge workers and gain better overall situational and operational awareness with examples of solutions for public safety, public works, public health and business.

■ **Track D - Ken Biba - Municipal Broadband 2.0**



Ken Biba, CEO, Novarum, Inc., has over 30 years' experience in the network information systems industry bringing a unique background of general management with a strong product and marketing focus in network systems and information security. Mr. Biba was an early engineer of the Internet in 1975. He has co-founded and managed four notable networking companies: Sytek, which was focused on cable TV-based local and metropolitan data networks; Agilis which was focused on wireless handheld computers; Xircom, which developed local area network client products for mobile computing; and Vivato, which was focused on scaling Wi-Fi infrastructure to campuses and metropolitan areas.

## 3:15 PM SCHEDULE:

■ **Track A - Tom Harkenrider - Convergence of IT and Facilities Systems for Cost Savings**
**Presentation - Handout 1 - Handout 2**



Tom Harkenrider was appointed as Soka University of America, Aliso Viejo's Chief of Operations in July 2000. His responsibilities include the general management of all buildings operations, energy management, design standards, and owner's representative to design and construction professionals. Harkenrider received his Bachelor of Science degree in Mechanical and Industrial Engineering from California State University at Long Beach and attended the masters program in business administration at the University of Nevada, Las Vegas and the University of Arizona specializing in organizational management. Harkenrider is the author of a number of professional publications and is a regularly invited speaker on the subject of construction and maintenance contracting, strategic planning, and organizational performance to audiences that include APPA and the United States Marine Corp.

■ **Track B - Amro Albanna - Growth via Merger & Acquisition**



As founder of two startup technology companies, Amro Albanna has many years of experience managing and growing public and private companies. With a keen ability to turn concepts into well capitalized ventures, his first startup was acquired by a NASDAQ-listed company in 2000 and was later involved in a reverse merger transaction on the American

development of active motion video game controllers for the Microsoft Xbox and Sony Playstation consoles. He is also a business consultant specializing in capital formation, growth via M&A and joint ventures, strategic planning, global sales and marketing, and business development in North America, Europe, Asia, and the Middle East.

- **Track C - Beki Picus - ITIL**

 Beki Picus is the AVP of Service Management and Audit Compliance for **Affiliated Computer Services (ACS)** Information Technology Outsourcing (ITO) Commercial Solutions, a global IT services corporation based in Dallas, Texas. She directed ACS' successful effort to become the first corporation in the US to achieve a multi-national, multi-site ISO 20000 certification, including implementation at 14 domestic and international locations. Ms. Picus has led numerous Quality Systems auditing discussions with both large and small groups. With over 20 years of professional quality management experience, certifications include Information Technology Infrastructure Library (ITIL) Service Manager, Lead Auditor Certification, and Lean Six Sigma Green Belt.

- **Track D - Peter Hambuch - Public Safety Interoperability**

Peter Hambuch is a Solutions Architect for **Motorola's State and Local Government Division.** He has been in the telecommunications industry for 22 years leveraging technologies that deliver true end-to-end solutions to the operational and business challenges within the Public Safety environment. His prior position was Director of Engineering for the Western Region in the U.S. He has a Bachelors degree in Electrical Engineering.













©2008-2009 · Inland Empire Tech Week · All Rights Reserved.

Exhibit F
October 5, 2009, 2:31pm email from Houser to Biba

**Subject: Photographs of you**
**Date:** Monday, October 5, 2009 2:31 PM
**From:** Robert Houser <bob@roberthouser.com>
**To:** "ken@novarum.com" <ken@novarum.com>

Ken,

My LinkedIn site showed me a connection to you this afternoon.  I remembered the shoot I did of you and was surprised to see my image on your LinkedIn page, as well as other places.

http://www.riversideca.gov/ietechweek/speakers.asp
http://freedom-to-connect.net/speakers/

I don't recall licensing the image for PR distribution.  Please let me know if I am wrong.
A year of PR/press release image licensing starts at $750, 3 years for 1250.

Please let me know your time frame preference - to include these past uses.

Bob



**Subject: Re: Photographs of you**
**Date:** Monday, October 5, 2009 3:35 PM
**From:** Ken Biba <ken@novarum.com>
**To:** Robert Houser <bob@roberthouser.com>

Robert,

So odd to hear it as "your" image.

In any case, as I recall this was a PR shoot paid for by Vivato - or perhaps the PR agency used by Vivato.  The pic I used is actually a screen capture from the Vivato photo bio where the photo was used which was Vivato copyright as I recall.  Vivato of course is long dead but the image (at that prehistoric time) was widely distributed on Vivato marketing literature, websites and promotional activities.  It is hard to imagine that there was not appropriate licensing in place for the use of these images - much less the poor copy I (very) occasionally use in these halcyon days.

Do we really want to argue over this?  Do you have a copy of the contract for this shoot?  It is of course possible to recover the Vivato contractual documents - but not inexpensive.

Ken

On Oct 5, 2009, at 2:31 PM, Robert Houser wrote:

> Ken,
>
> My LinkedIn site showed me a connection to you this afternoon.  I remembered the shoot I did of you and was surprised to see my image on your LinkedIn page, as well as other places.
>
> http://www.riversideca.gov/ietechweek/speakers.asp
> http://freedom-to-connect..net/speakers/ <http://freedom-to-connect.net/speakers/>
>
> I don't recall licensing the image for PR distribution.  Please let me know if I am wrong. A year of PR/press release image licensing starts at $750, 3 years for 1250..
>
> Please let me know your time frame preference - to include these past uses.
>
> Bob
>
> <image.jpg>

Exhibit G
October 5, 2009 email from Biba to Houser

Exhibit H
October 5, 2009, 5:05pm email from Houser to Biba

**Subject: Re: Photographs of you**
**Date:** Monday, October 5, 2009 5:05 PM
**From:** Robert Houser <bob@roberthouser.com>
**To:** Ken Biba <ken@novarum.com>

Ken,

The shoot was not done for Vivato, nor it's PR firm. The shoot was done on August 15, 2002 for Wireless Review magazine. The images ran in their September issue. The copyright for these images was filed with the Library of Congress on September 2, 2002 – registration number Vau 562-909. I have no record of selling any license to Vivato, nor do I have any high-res scans of that film. I recall some email from a PR firm – please let me know the name of Vivato's firm and I can track if there was any licenses sold to them.

However, even if I did license the PR use of the images to Vivato, or it's PR firm, that would have been a license to Vivato, not Novarum, and any license would have long since expired.

Bob

---

**From:** Ken Biba <ken@novarum.com>
**Date:** Mon, 5 Oct 2009 15:35:53 -0700
**To:** Robert Houser <bob@roberthouser.com>
**Subject:** Re: Photographs of you

Robert,

So odd to hear it as "your" image.

In any case, as I recall this was a PR shoot paid for by Vivato - or perhaps the PR agency used by Vivato. The pic I used is actually a screen capture from the Vivato photo bio where the photo was used which was Vivato copyright as I recall. Vivato of course is long dead but the image (at that prehistoric time) was widely distributed on Vivato marketing literature, websites and promotional activities. It is hard to imagine that there was not appropriate licensing in place for the use of these images - much less the poor copy I (very) occasionally use in these halcyon days.

Do we really want to argue over this? Do you have a copy of the contract for this shoot? It is of course possible to recover the Vivato contractual documents - but not inexpensive.

Ken

On Oct 5, 2009, at 2:31 PM, Robert Houser wrote:

Ken,

Page 1 of 2

My LinkedIn site showed me a connection to you this afternoon.  I remembered the shoot I did of you and was surprised to see my image on your LinkedIn page, as well as other places.

http://www.riversideca.gov/ietechweek/speakers.asp
http://freedom-to-connect..net/speakers/ <http://freedom-to-connect.net/speakers/>

I don't recall licensing the image for PR distribution.  Please let me know if I am wrong. A year of PR/press release image licensing starts at $750, 3 years for 1250..

Please let me know your time frame preference - to include these past uses.

Bob
. .

Exhibit I
October 9, 2009 invoice

robert houser photography

# INVOICE

*Bill to:*

Ken Biba
Novarum
San Francisco, CA

*Invoice #.*  02009192

Date:  10/8/09
Account:  PR image
Ship via  email
FEIN:  94-3305077

| Quantity | Description | Price | Unit | Discount | Total |
|---|---|---|---|---|---|
| 1 | .... Photography fees:<br>Stock photography usage: One image of Ken Biba for PR/press release purposes for Novarum for a period of one year, expiring, 12/31/09. Image originally shot for Wireless Review magazine in August 2002. | $750.00 | | | $750.00 |

| | | |
|---|---|---|
| Usage rights licensed: Press release and other PR uses only for a period of one year expiring 12/31/09. | Subtotal: | $750.00 |
| | Sales Tax: | $0.00 |
| | Total Amount: | $750.00 |
| | Amount Applied: | $0.00 |
| Terms:  C O D | Balance Due: | **$750.00** |

Time is of the essence for payment which is due upon receipt. Granting of right of usage is contingent upon full payment and is subject to the terms and conditions on the reverse side. Balance is subject to monthly

rebilling charges applied thereafter. Adjustment of amount, or terms, must be requested within 14 days of invoice date. All expenses are subject to normal trade variance of 10% from estimated amounts.

Please make checks payable to: Robert Houser

215 san carlos avenue . piedmont. california 94611 .  brb@roberthouser.com . t 415 252 7818 . f 510 595 0991

TERMS AND CONDITIONS

A copyright protection credit must appear adjacent to the images or the fee is tripled.
© (year) robert houser, all rights reserved

A. Definitions: "Photographer" refers to Robert Houser. "Client" refers to the commissioning party or company named above, its representatives, successors, assigns, agents and affiliates.

B. Payment: FULL PAYMENT MUST BE RECEIVED BY PHOTOGRAPHER PRIOR TO PUBLICATION. ANY USE PRIOR TO PAYMENT SHALL BE CONSIDERED AN UNAUTHORIZED USE. Client agrees that reasonable and stipulated amount which shall be paid by Client to photographer for use prior to receipt of payment by Photographer shall be three (3) times Photographer's customary fee for such usage.

C. Grant of Rights: Grant of reproduction rights hereunder is conditioned upon Client's written acceptance of each term set forth in this agreement, including but not limited to, receipt of payment in full by Photographer and placing of the required copyright notice on each use of Photographer's work. All rights not expressly licensed to Client in writing remain the exclusive property of Photographer. Unless otherwise stated above, duration of license is six times the periodicity of the publication or ninety (90) days which ever comes first.

D. Space Rates: All usage is quoted as a minimum against space. Any additional space rate will be billed as such upon publication.

E. Return of Photographs: Destruction of Digital files & Return of Media: Client assumes all risk for all photographic material supplied by Photographer from time of receipt by Client to time of actual receipt of photographs by Photographer. Client agrees to return all such material in undamaged, unaltered and unretouched condition within thirty (30) days of receipt, or if a license is granted, within three (3) months of receipt by client or by first publication date, whichever is sooner, or such other period as is stated in writing herein. Client agrees to destroy all digital files within one week of reproduction. If the files were sent on digital media, all such material must be returned in undamaged condition within thirty (30) days of receipt.

F. Film and Digital Media Holding Fees: A holding fee of five dollars & fifty cents ($5.50) per item per day shall be payable from the return date until time of receipt by Photographer unless otherwise indicated.

G. Copyright Protection/Credit Line: For Editorial use, credit line in the form Copyright "© (year) Robert Houser" in type no smaller than that of related text must appear adjacent to or within the photograph(s) or fee is tripled; Client acknowledges that such a triple fee is fair and reasonable for photographer's loss of recognition and lack of copyright protection resulting from lack of, or improper, copyright notice/credit line.

H. Indemnity: Client hereby indemnifies and holds Photographer harmless against any and all liabilities, claims, and expenses, including reasonable attorney's fees, arising from Client's use of Photographer's work. Client assumes insurer's liability (a) to indemnify Photographer for all loss, damage, or misuse of any photographs; and (b) to return all photographs prepaid, fully insured, undamaged, by bonded messenger or overnight delivery service.

I. Loss or Damage: The parties acknowledge that it is difficult if not impossible to determine the exact value of each photograph subject to this agreement because of the duration of copyright protection and its present and potential value. Therefore, the parties have agreed that the reasonable value for loss or damage of each photograph is a sum no less than the amount indicated on the first page of this agreement. Client further acknowledges that its acceptance of this liquidated damage amount is a material consideration for photographer agreeing to deliver to Client the photographs subject to this agreement. In the event that Client infringes on Photographer's copyright in and to the works delivered herewith, then Photographer shall be entitled to obtain immediate injunctive relief to prevent further infringement and that Photographer shall not be required to post a bond to obtain injunctive relief, or if a bond is not waiveable, such bond shall not exceed $100.00. Photographer shall be entitled to recover the greater of Photographer's actual damages, or statutory damages in a sum not to exceed $20,000.00. In cases of non-willful infringement. In each instance, Photographer shall be entitled to recover reasonable attorneys' fees incurred and related costs in enforcing Photographer's rights under the United States Copyright Act, and under each federal or ancillary state law under which Photographer is awarded or granted damages.

J. Alterations: Client will not make or permit any alterations, additions, or subtractions in respect of the photographs, including without limitation any digitalization or synthesizing of the photographs, alone or with any other material, by use of computer or other electronic means or any other method or means now or hereafter known.

K. Default: In the event of non-payment or other breach of this Agreement by Client, Client shall pay all of Photographer's costs and expenses incurred in connection with enforcement of the terms of this agreement, including Photographer's reasonable attorney's fees.

L. Releases: Photographer is not responsible for obtaining model, property, or other releases in connection with any of the photographs licensed herein unless specifically stated herein.

M. Copies: Client shall provide to Photographer five (5) copies of each use of the photographs no later than the date of first publication.

N. Miscellaneous: Client may not assign or transfer this license. No alterations may be made in any of these provisions without the express written consent of the Photographer.

O. Reshoots: Client will be charged 100% fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Photographer will charge no additional fee and Client will pay all expenses. If Photographer charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expense covered by insurance. A list of exclusions from such insurance will be provided on request.

P. Cancellations: Cancellations and postponements: Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Photographer's fee. If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100% fee. Weather postponements: Unless otherwise agreed, Client will be charged 100% fee if postponement is due to weather conditions on location and 50% fee if postponement occurs before departure to location.

Q. Governing Law: This agreement incorporates by reference Articles II and III of the Uniform Commercial Code now in existence, in the State of California, and the Copyright Act of 1976 as amended. This agreement shall be deemed to be a contract made under the laws of the United States of America and the State of California and for all purposes shall be interpreted in its entirety in accordance with these laws. Client specifically and irrevocably confers personal jurisdiction over it by the courts of the State of California or the United States District Court for the District of the State of California. Client specifically waives all rights to contest each court proceeding on the grounds of personal jurisdiction, venue and forum non-convenience. In the event of any award or judgement in favor of Photographer, or any settlement between Photographer and Client, arising from effecting and protecting Photographer's rights and benefits hereunder and/or any aspect of this agreement, Client shall pay all costs and expenses incurred by Photographer and/or Photographer's legal counsel related thereto, including, but not limited to, reasonable legal fees, arbitration and court costs, associated expenses, and legal interest on such award, judgement, or settlement.

FULL PAYMENT DUE WITHIN TWENTY ONE (21) DAYS or PRIOR TO PUBLICATION WHICH EVER OCCURS FIRST.

Make check payable to:

Robert Houser
215 San Carlos Ave.
Piedmont, CA 94611
415 252 7818

Exhibit J
November 17, 2009 invoice

**Subject: Invoice past due**
**Date:** Tuesday, November 17, 2009 8:46 PM
**From:** Robert Houser <bob@roberthouser.com>
**To:** "ken@novarum.com" <ken@novarum.com>

Past due invoice attached.



---



**INVOICE**

| Attn: | 02009182 |
| Ken Bibb | Due: 10/8/09 |
| Novarum | Account: PR image |
| San Francisco, CA | Ship via: email |
| | FEIN: 94-3305077 |

| Quantity | Description | Price | Unit | Discount | Total |
|---|---|---|---|---|---|
| 1 | Photography fees:<br>Stock photography usage: One image of Ken Bibb for PR/press release purposes for Novarum for a period of one year, expiring 12/31/09.  Image originally shot for Wireless Review magazine in August 2002. | $750.00 | | | $750.00 |
| 1 | INVOICE PAST DUE<br>Interest owed for late payment | $10.00 | | | $10.00 |

| Usage rights licensed: Press release and other PR uses only for a period of one year; expiring 12/31/09. | Subtotal: | $760.00 |
| | Sales Tax: | $0.00 |
| | Total Amount: | $760.00 |
| | Amount Applied: | $0.00 |
| Terms: C.O.D. | Balance Due: | $760.00 |

Time is of the essence for payment which is due upon receipt.  Granting of right of usage is contingent upon full payment and is subject to the terms and conditions on the reverse side.  Balance is subject to monthly rebilling charges applied thereafter.  Adjustment of amount, or terms, must be requested within 14 days of invoice date.  All expenses are subject to normal trade variance of 10% from estimated amounts.

Please make checks payable to: Robert Houser

275 san carlos avenue  piedmont, california 94611   bob@roberthouser.com  t 415 252 7818  f 510 595 8591

Exhibit K
December 22, 2009 letter from Houser to Biba


robert houser
PHOTOGRAPHY

Ken Biba
Novarum
912 Cole Street #354
San Francisco, CA 94117

Ken,

The invoice for the image usage license is attached. This is the 3rd copy of the invoice I have sent - the previous two were sent via email on 10/9/09 and 11/17/09. I have recapped the sequence of events with these images below. Please remit payment for the PR/Web use of this photograph for 2009, expiring 12/31/09. Further use of the image beyond the termination date will incur additional license fees.

The photographs were commissioned by Wireless Review Magazine in August 2002. The photographs were taken in an empty office on 8/15/02 and published in the September issue of Wireless Review. I registered my copyright to these images with the Library of Congress on September 2, 2002 – registration number Vau 562-909. A few months after publication, I was asked by Vivato's PR firm if they could review the images. I sent the film to them at that time with a cover letter stating that the images were for review only, and that if they were interested in using any images they would need to contact me. The PR firm held onto the images longer than usual and I had to call to have them returned. I asked if they had any PR needs for these images and whether they would like to purchase usage rights. The person told me he scanned the film. I informed him that neither the PR firm nor Vivato had rights to use any of the images without prior consent, as my delivery memo that was sent with the film outlined. He told me he understood that.

At no time did I make a sale of any of these images to Vivato or any PR firm, nor have I ever scanned the image being used for PR by Novarum. While any potential use of the images by Vivato was an infringement of copyright, the company no longer exists. Had there been a license sold to Vivato, that license would not transfer to any other company after Vivato was closed.

If payment is not received by January 8th, the matter will be forwarded to my attorney.

Regards,

Robert Houser

Image use at:
http://www.linkedin.com/in/kenbiba
http://freedom-to-connect.net/speakers/

 robert houser photography

## INVOICE

*Bill to:*

Ken Biba
Novarum
San Francisco, CA

| *Invoice #:* | 02009192 |
|---|---|
| Date: | 10/8/09 |
| Account: | PR image |
| Ship via: | email |
| FEIN: | 94-3305077 |

| Quantity | Description | Price | Unit | Discount | Total |
|---|---|---|---|---|---|
| 1 | .... Photography fees: Stock photography usage: One image of Ken Biba for PR/press release purposes for Novarum for a period of one year, expiring, 12/31/09. Image originally shot for Wireless Review magazine in August 2002. | $750.00 | | | $750.00 |

Usage rights licensed: Press release and other PR uses only for a period of one year expiring 12/31/09.

| | |
|---|---|
| Subtotal: | $750.00 |
| Sales Tax: | $0.00 |
| Total Amount: | $750.00 |
| Amount Applied: | $0.00 |
| Balance Due: | $750.00 |

Terms:  C.O.D.

Time is of the essence for payment which is due upon receipt.  Granting of right of usage is contingent upon full payment and is subject to the terms and conditions on the reverse side.  Balance is subject to monthly

rebilling charges applied thereafter.  Adjustment of amount, or terms, must be requested within 14 days of invoice date.  All expenses are subject to normal trade variance of 10% from estimated amounts.

Please make checks payable to: Robert Houser

215 san carlos avenue . piedmont, california 94611 .  bob@roberthouser.com . t 415 252 7818  f 510 595 0291

TERMS AND CONDITIONS

A copyright protection credit must appear adjacent to the images or the fee is tripled.
© (year) robert houser, all rights reserved

A. Definitions: "Photographer" refers to Robert Houser. "Client" refers to the commissioning party or company named above, its representatives, successors, assigns, agents and affiliates.

B. Payment: FULL PAYMENT MUST BE RECEIVED BY PHOTOGRAPHER PRIOR TO PUBLICATION. ANY USE PRIOR TO PAYMENT SHALL BE CONSIDERED AN UNAUTHORIZED USE. Client agrees that reasonable and stipulated amount which shall be paid by Client to photographer for use prior to receipt of payment by Photographer shall be three (3) times Photographer's customary fee for such usage.

C. Grant of Rights: Grant of reproduction rights hereunder is conditioned upon Client's written acceptance of each term set forth in this agreement, including but not limited to, receipt of payment in full by Photographer and placing of the required copyright notice on each use of Photographer's work. All rights not expressly licensed to Client in writing remain the exclusive property of Photographer. Unless otherwise stated above, duration of license is six times the periodicity of the publication or ninety (90) days which ever comes first.

D. Space Rates: All usage is quoted as a minimum against space. Any additional space rate will be billed as such upon publication.

E. Return of Photographs: Destruction of Digital files & Return of Media: Client assumes all risk for all photographic material supplied by Photographer from time of receipt by Client to time of actual receipt of photographs by Photographer. Client agrees to return all such material in undamaged, unaltered and unretouched condition within thirty (30) days of receipt, or if a License is granted, within three (3) months of receipt by Client or by first publication date, whichever is sooner, or such other period as is stated in writing herein. Client agrees to destroy all digital files within one week of reproduction. If the files were sent on digital media, all such material must be returned in undamaged condition within thirty (30) days of receipt.

F. Film and Digital Media Holding Fees: A holding fee of five dollars & fifty cents ($5.50) per item per day shall be payable from the return date until time of receipt by Photographer unless otherwise indicated.

G. Copyright Protection/Credit Line: For Editorial use, credit line in the form Copyright "© (year) Robert Houser" in type no smaller than that of related text must appear adjacent to or within the photograph(s) or fee is tripled. Client acknowledges that such a triple fee is fair and reasonable for photographer's loss of recognition and lack of copyright protection resulting from lack of, or improper, copyright notice/credit line.

H. Indemnity: Client hereby indemnifies and holds Photographer harmless against any and all liabilities, claims, and expenses, including reasonable attorney's fees, arising from Client's use of Photographer's work. Client assumes insurer's liability (a) to indemnify Photographer for all loss, damage, or misuse of any photographs; and (b) to return all photographs prepaid, fully insured, undamaged, by bonded messenger or overnight delivery service.

I. Loss or Damage: The parties acknowledge that it is difficult if not impossible to determine the exact value of each photograph subject to this agreement because of the duration of copyright protection and its present and potential value. Therefore, the parties have agreed that the reasonable value for loss or damage of each photograph is a sum no less than the amount indicated on the first page of this agreement. Client further acknowledges that its acceptance of this liquidated damage amount is a material consideration for photographer agreeing to deliver to Client the photographs subject to this agreement. In the event that Client infringes on Photographer's copyright in and to the works delivered herewith, then Photographer shall be entitled to obtain immediate injunctive relief to prevent further infringement and that Photographer shall not be required to post a bond to obtain injunctive relief, or if a bond is not waiveable, such bond shall not exceed $100.00. Photographer shall be entitled to recover the greater of Photographer's actual damages, or statutory damages in a sum not to exceed $20,000.00, in cases of non-willful infringement. In each instance, Photographer shall be entitled to recover reasonable attorneys' fees incurred and related costs in enforcing Photographer's rights under the United States Copyright Act, and under each federal or ancillary state law under which Photographer is awarded or granted damages.

J. Alterations: Client will not make or permit any alterations, additions, or subtractions in respect of the photographs, including without limitation any digitalization or synthesizing of the photographs, alone or with any other material, by use of computer or other electronic means or any other method or means now or hereafter known.

K. Default: In the event of non-payment or other breach of this Agreement by Client, Client shall pay all of Photographer's costs and expenses incurred in connection with enforcement of the terms of this agreement, including Photographer's reasonable attorney's fees.

L. Releases: Photographer is not responsible for obtaining model, property, or other releases in connection with any of the photographs licensed herein unless specifically stated herein.

M. Copies: Client shall provide to Photographer five (5) copies of each use of the photographs no later than the date of first publication.

N. Miscellaneous: Client may not assign or transfer this license. No alterations may be made in any of these provisions without the express written consent of the Photographer.

O. Reshoots: Client will be charged 100% fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Photographer will charge no additional fee and Client will pay all expenses. If Photographer charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expense covered by insurance. A list of exclusions from such insurance will be provided on request.

P. Cancellations: Cancellations and postponements: Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Photographer's fee. If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100% fee. Weather postponements: Unless otherwise agreed, Client will be charged 100% fee if postponement is due to weather conditions on location and 50% fee if postponement occurs before departure to location.

Q. Governing Law: This agreement incorporates by reference Articles II and III of the Uniform Commercial Code now in existence. In the State of California, and the Copyright Act of 1976 as amended. This agreement shall be deemed to be a contract made under the laws of the United States of America and the State of California and for all purposes shall be interpreted in its entirety in accordance with these laws. Client specifically and irrevocably confers personal jurisdiction over it by the courts of the State of California or the United States District Court for the District of the State of California. Client specifically waives all rights to contest each court proceeding on the grounds of personal jurisdiction, venue and forum non-convenience. In the event of any award or judgement in favor of Photographer, or any settlement between Photographer and Client, arising from effecting and protecting Photographer's rights and benefits hereunder and/or any aspect of this agreement, Client shall pay all costs and expenses incurred by Photographer and/or Photographer's legal counsel related thereto, including, but not limited to, reasonable legal fees, arbitration and court costs, associated expenses, and legal interest on such award, judgement, or settlement.

FULL PAYMENT DUE WITHIN TWENTY ONE (21) DAYS or PRIOR TO PUBLICATION WHICH EVER OCCURS FIRST.

Make check payable to:

Robert Houser
215 San Carlos Ave.
Piedmont, CA 94611
415 252 7818

**FedEx**

Español | Customer Support | FedEx Locations    Search    Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ›          Track ›          Manage ›          Business Solutions ›

## Detailed Results

Printer-Friendly          Get Link          Help

Enter tracking number          Track

| Detailed Results | Notifications |

Tracking no.: 136804810001660          Select time format: **12H** | 24H          E-mail notifications

**Delivered**

Initiated    Picked up    In transit    Delivered ✓

**Delivered**
Signed for by  AMAINA

Shipment Dates                          Destination
Ship date ⑦   Dec 22, 2009           San Francisco, CA
Delivery date ⑦   Dec 23, 2009 11:28 AM   Signature Proof of Delivery ⑦

### Shipment Facts                                      Help

| Service type | FedEx Home Delivery |
| Weight | 1.0 lbs/ 5 kg |

### Shipment Travel History                             Help

Select time zone  Local Scan Time

All shipment travel activity is displayed in local time for the location.

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 23, 2009 11:28 AM | Delivered | San Francisco, CA | |
| Dec 23, 2009 7:13 AM | On FedEx vehicle for delivery | SOUTH SAN FRANCISCO CA | |
| Dec 23, 2009 6:47 AM | At local FedEx facility | SOUTH SAN FRANCISCO CA | |
| Dec 23, 2009 4:01 AM | Departed FedEx location | SACRAMENTO, CA | |
| Dec 23, 2009 12:29 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Dec 22, 2009 9:35 PM | Left FedEx origin facility | SOUTH SAN FRANCISCO, CA | |
| Dec 22, 2009 8:36 PM | Arrived at FedEx location | SOUTH SAN FRANCISCO, CA | |
| Dec 22, 2009 6:56 PM | Picked up | SOUTH SAN FRANCISCO, CA | |
| Dec 22, 2009 6:18 PM | In FedEx possession | SAN FRANCISCO, CA | Tendered at FedEx location |
| Dec 22, 2009 5:01 PM | Shipment information sent to FedEx | | |