Joshua M. Masur (State Bar No. 203510)
    masur@turnerboyd.com
TURNER BOYD LLP
2625 Middlefield Rd. #675
Palo Alto, California 94306
Telephone:  (650) 924-1475
Facsimile:  (650) 472-8028

Attorneys for Plaintiff
ROBERT HOUSER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOUSER,<br><br>                   *Plaintiff,*<br><br>   v.<br><br>KENNETH BIBA,<br><br>                   *Defendant.* | Case No. C 10-01666 BZ<br><br>[~~PROPOSED~~] **ORDER**<br><br>**Judge: Hon. Bernard Zimmerman**<br>**Trial Date: None** |

     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the above captioned case is dismissed without prejudice.

     IT IS SO ORDERED.

Dated:  June 30, 2010

                                                        */s/ Bernard Zimmerman*
                                         Honorable Bernard Zimmerman